[3600] [Order Approving Trustee's Report of No Distribution and Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:06-bk-00972-GLP
Chapter 7

Potordie Graham
aka Patrick Graham
dba Pg Drywall Llc

_____Debtor(s)_____/

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

It appearing to the Court that the Trustee has filed his/her report of no distribution and that said Trustee has performed all other duties required in the administration of this estate;

IT IS ORDERED that the report is approved and that the estate is closed. The Trustee is discharged from and relieved of his/her trust; and the bond of the Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated August 17, 2006.

George L. Proctor
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee